# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER OPERATIONS, LLC, | ) ) ) | |
| Plaintiff/Counter Defendant, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 19-0112-CG-N |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS UNION, LOCAL 9-0952 | ) ) ) ) ) ) ) | |
| Defendant/Counter Claimant, | ) ) | |
| and | ) ) | |
| ROGER IRVIN, | ) ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 32) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated December 13, 2019, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** as follows:

1. Defendant Roger Irvin's request to be dismissed from this action as an

improper party is **DENIED**;

2. Arbitrator James J. Odom, Jr's January 4, 2019 decision on the Union's Grievance No. 952/18-01 is **VACATED** to the extent the Arbitrator determined that "just cause" did not exist to justify Irvin's January 9, 2018 termination and ordered reinstatement with back pay and a 90-day disciplinary suspension.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 31st day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE