# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER OPERATIONS, LLC, | ) ) ) |
| Plaintiff/Counter Defendant, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 19-0112-CG-N |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS UNION, LOCAL 9-0952 | ) ) ) ) ) ) ) |
| Defendant/Counter Claimant, | ) ) |
| and | ) ) |
| ROGER IRVIN, | ) ) |
| Defendant. | ) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff/Counter Defendant Georgia-Pacific Consumer Operations, LLC and against Defendant/Counter Claimant United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Union, Local 9-0952, and Defendant Roger Irvin on all claims, in accordance with the order entered on this date adopting the recommendation of the Magistrate Judge.

**DONE** and **ORDERED** this the 31st day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE