# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC CONSUMER OPERATIONS LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 19-00112CG-M<br>) |
| UNITED STEEL, PAPER AND FORESTRY RUBBER, MANUFACTURING, ENERGY ALLIED INDUSTRIAL AND SERVICE WORKERS UNION, LOCAL 9-0952 and ROGER IRVIN, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## FINAL JUDGMENT

Judgment is hereby entered in favor of Defendant/Counter Claimant United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers Union, Local 9-0952 (USW) and Defendant Roger Irvin against Plaintiff/Counter Defendant Georgia-Pacific Consumer Operations, LLC on the USW's Counter Claim seeking enforcement of the arbitration award made by Arbitrator James J. Odom, Jr. on January 4 2019 ("Odom arbitration award") and that the Odom arbitration award is hereby confirmed and enforced, in accordance with the Eleventh Circuit Court of Appeals' November 20, 2020 opinion.

Each party shall bear their own costs and attorneys' fees.

**DONE** and **ORDERED** this 9th day of February, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE